IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

OXFORD UNIVERSITY BANK                                                               PLAINTIFF

V.                                                           CAUSE NO.: 3:15CV152-SA-SAA

ARTHUR FRANCIS KEHOE                                                               DEFENDANT

DEFAULT JUDGMENT

Plaintiff filed a complaint against the Defendant in this court on September 3, 2015. Kehoe was served on September 22, 2015, but failed to answer pursuant to the Federal Rules of Civil Procedure. The Clerk of Court entered default against the Defendant on October 15, 2015, and Plaintiff filed a Motion for Default Judgment [7]. Plaintiff contends that as the judgment is requested for sum certain, no hearing is necessary. *See* FED. R. CIV. P. 55(b) (where a claim is for a sum certain, or a sum that can be made certain by computation, judgment for that amount may be entered on request of plaintiff with an affidavit showing the amount due).

Plaintiff has divulged sufficient evidence of damages owed by Defendant Arthur Francis Kehoe. Plaintiff's submissions and affidavits reveal that the unpaid deficiency on the foreclosed property referenced in the Complaint is $305,111.64.

Pursuant to Federal Rule 55, the default judgment [7] is GRANTED. The appropriate sum was computed to be $305,111.64, and that amount is awarded by default. Judgment is entered in favor of the Plaintiff in the total amount of $305,111.64 against Defendant Arthur Francis Kehoe together with post-judgment interest.

SO ORDERED, this the 6th day of January, 2016.

                                                           /s/ Sharion Aycock
                                                           **U.S. DISTRICT JUDGE**